UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

FEB 0 8 2013

CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

IN RE: TRS RECOVERY SERVICES, INC., AND
TELECHECK SERVICES, INC., FAIR DEBT
COLLECTION PRACTICES ACT (FDCPA) LITIGATION          MDL No. 2426

## TRANSFER ORDER

**Before the Panel:** Pursuant to 28 U.S.C. § 1407, plaintiffs in five actions move for centralization of this litigation in the District of Maine. This litigation currently consists of five actions pending in five districts, as listed on Schedule A. Defendants TRS Recovery Services, Inc., and TeleCheck Services, Inc., support centralization in the District of Maine.

On the basis of the papers filed and the hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the District of Maine will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The five actions share common factual allegations arising from the allegedly standardized debt collection practices and form communications used by defendants in their process for handling returned checks. All plaintiffs allege that defendants' standardized collection letter (referred to as the RECR3 letter) violates the Fair Debt Collection Practices Act because it is allegedly incomplete or misleading with respect to the amount of the plaintiff's debt and defendants' rights concerning collection of the debt. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent rulings on class certification and other pretrial matters; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Maine is an appropriate transferee forum for this litigation. The broadest and most advanced action is pending there, and all parties support centralization in this district. Judge D. Brock Hornby is an experienced transferee judge who we are confident will steer this litigation on a prudent course.

TRUE COPY
ATTEST: Christa K. Berry, Clerk

By:
Deputy Clerk

-2-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Maine are transferred to the District of Maine and, with the consent of that court, assigned to the Honorable D. Brock Hornby for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |

**IN RE: TRS RECOVERY SERVICES, INC., AND**
**TELECHECK SERVICES, INC., FAIR DEBT**
**COLLECTION PRACTICES ACT (FDCPA) LITIGATION**          MDL No. 2426

## SCHEDULE A

Central District of California

Sylvia Greer v. TRS Recovery Services, Inc., et al., C.A. No. 2:12-07414

District of Kansas

DellaRina M. Stout v. TRS Recovery Services, Inc., et al., C.A. No. 2:12-02561

District of Maine

Jean LaRocque v. TRS Recovery Services, Inc., et al., C.A. No. 2:11-00091

Southern District of New York

Joann Bucko v. TRS Recovery Services, Inc., et al., C.A. No. 1:12-06607

Middle District of North Carolina

Jamie Cook v. TRS Recovery Services, Inc., et al., C.A. No. 1:12-00999