# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In Re:  TRS Recovery Services, Inc. and )<br>TeleCheck Services, Inc., Fair Debt )<br>Collection Practices Act (FDCPA) )<br>Litigation )<br>)<br>) | Civil No.  2:13-MD-02426-DBH |

## MOTION TO DELETE FROM ATTORNEY SERVICE LIST AND WITHDRAW APPEARANCE OF D. MATTHEW DURGIN FROM THIS <u>MULTIDISTRICT LITIGATION</u>

1.      Pursuant to this Court's Practice and Procedure Order Upon Transfer, at paragraph 6, Plaintiffs hereby request that counsel D. Matthew Durgin be deleted from the Attorney Service List and have his appearance withdrawn as class counsel in this matter.  Mr. Durgin initially assisted in the *Stout v. TRS Recovery Systems* proceeding in the U.S. District Court for the District of Kansas, Civil Action No., 2:12-cv-02561.

2.      As the case has now been transferred to the District of Maine and consolidated and captioned as styled above, Mr. Durgin no longer wishes or intends to participate or appear before the Court in this matter.  Plaintiff Stout remains represented by the undersigned, as are all other Plaintiffs in this matter.

3.      Accordingly, Plaintiffs respectfully request that D. Matthew Durgin be deleted from the Attorney Service List and have his appearance withdrawn from this matter.   Plaintiffs have conferred with Defendant's counsel Donald R. Frederico and Defendants do not oppose this motion.

**Respectfully submitted,**

**FRANCIS & MAILMAN, P.C.**

BY:      */s/ John Soumilas*
JOHN SOUMILAS

Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: February 22, 2012

## CERTIFICATE OF SERVICE

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of Plaintiff's Motion to Delete From Attorney Service List and Withdraw Appearance of D. Matthew Durgin From This Multidistrict Litigation to be served via ECF notification upon all counsel of record:

**FRANCIS & MAILMAN, P.C.**

BY:      _/s/ John Soumilas_
          JOHN SOUMILAS (*pro hac vice*)
          Counsel for Plaintiff
          Land Title Building, 19th Floor
          100 South Broad Street
          Philadelphia, PA 19110
Date: February 22, 2012          (215) 735-8600