# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

**CASE NAME:**   IN RE: TRS RECOVERY SERVICES INC AND TELECHECK SERVICES INC, FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) LITIGATION

**DOCKET NO:**   MDL 2426

**PROCEEDING TYPE:** INITIAL PRETRIAL CONFERENCE

**Exhibit List from the Initial Pretrial Conference held on 05/07/2013**

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | 1 | Agenda | 05/07/13 | 05/07/13 | | 05/07/13 |