UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

---------------------------------------------------------X
**TRS RECOVERY SERVICES, INC., and**
**TELECHECK SERVICES, INC., Fair**
**Debt Collections Practices Act (FDCPA)**      MDL 2426
**Litigation**                                  Master File Civ. No. 2:13-md-2426-DBH
---------------------------------------------------------X
This Document Relates To:

                                                      CLASS ACTION

MELISSA ALLEN v. TRS RECOVERY
SERVICES, INC. and TELECHECK            JURY TRIAL DEMANDED
SERVICES, INC.,
                       Plaintiff.
---------------------------------------------------------X

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of John Soumilas on behalf of Plaintiff Melissa Allen in the above-captioned matter.

                                                       Respectfully submitted,

Date:  May 10, 2013           BY:     */s/ John Soumilas*
                                                JOHN SOUMILAS
                                                **FRANCIS & MAILMAN, P.C.**
                                                Land Title Building, 19th Floor
                                                100 South Broad Street
                                                Philadelphia, PA  19110
                                                (215) 735-8600
                                                jsoumilas@consumerlawfirm.com

                                                *Attorneys for Plaintiff and the Classes*

## CERTIFICATE OF SERVICE

I, John Soumilas, Esq., hereby certify that on May 10, 2013 I filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send a copy to registered users including all counsel of record.


May 10, 2013                             */s/ John Soumilas*
                                         JOHN SOUMILAS
                                         **FRANCIS & MAILMAN, P.C.**
                                         Land Title Building, 19th Floor
                                         100 South Broad Street
                                         Philadelphia, PA  19110
                                         (215) 735-8600
                                         jsoumilas@consumerlawfirm.com