UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | ) | |
|---|---|---|
| In Re: TRS Recovery Services, Inc. and | ) | |
| TeleCheck Services, Inc., Fair Debt | ) | |
| Collection Practices Act (FDCPA) | ) | Civil Action No. 2:13-MD02426-DBH |
| Litigation | ) | |
| | ) | |

## CONSENT MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(c), Clifford H. Ruprecht hereby requests leave of court to withdraw his appearance in this action. Defendants will continue to be represented in this matter by attorneys of record from Pierce Atwood LLP, and this withdrawal will not affect any ready for trial date in this matter.

Counsel for Plaintiffs consents to the present Motion.

Dated: June 12, 2013

/s/ Clifford H. Ruprecht
Clifford H. Ruprecht
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
cruprecht@pierceatwood.com

{W3733676.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

DATED:  June 12, 2013

                              /s/  Clifford H. Ruprecht
                              Clifford H. Ruprecht
                              PIERCE ATWOOD LLP
                              Merrill's Wharf
                              254 Commercial Street
                              Portland, ME  04101
                              (207) 791-1100
                              cruprecht@pierceatwood.com