UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In Re: TRS Recovery Services, Inc. and TeleCheck Services, Inc., Fair Debt Collection Practices Act (FDCPA) Litigation | Civil Action No. 2:13-MD02426-DBH<br><br>This document applies to:<br>ALL CASES |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.2(a) of the United States District Court for the District of Maine, the below-named attorney enters an appearance as counsel for Defendants TRS Recovery Services, Inc. and TeleCheck Services, Inc. in the above-captioned matter:

> Lucus A. Ritchie (Maine Bar No. 9858)
> lritchie@pierceatwood.com
> PIERCE ATWOOD LLP
> Merrill's Wharf
> 254 Commercial Street
> Portland, ME  04101
> (207) 791-1100

{W3682862.1} 1

Dated this 12th day of July, 2013.     By: /s/ Lucus A. Ritchie
    Lucus A. Ritchie (Maine Bar No. 9858)
    lritchie@pierceatwood.com
    PIERCE ATWOOD LLP
    Merrill's Wharf
    254 Commercial Street
    Portland, ME  04101
    (207) 791-1100

    Donald R. Frederico
    dfrederico@pierceatwood.com
    Kate R. Isley
    kisley@pierceatwood.com
    PIERCE ATWOOD LLP
    100 Summer Street
    Boston, MA 02110
    (617) 488-8100

    *Attorneys for Defendants TRS Recovery Services, Inc. and TeleCheck Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2013, I filed a copy of the foregoing document with the Court's CM/ECF System, which will distribute a copy of the document to all counsel of record.

Dated this 12th day of July, 2013.

/s/ Lucus A. Ritchie
Lucus A. Ritchie (Maine Bar No. 9858)
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
(207) 791-1100

{W3682862.1}3