UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

------------------------------------------------------X
**TRS RECOVERY SERVICES, INC., and**
**TELECHECK SERVICES, INC., Fair**
**Debt Collections Practices Act (FDCPA)**
**Litigation**

------------------------------------------------------X   MDL 2426
This Document Relates To:                                 Master File Civ. No. 2:13-md-2426-DBH

MELISSA ALLEN v. TRS RECOVERY
SERVICES, INC. and TELECHECK         CLASS ACTION
SERVICES, INC.,
                    Plaintiff,       JURY TRIAL DEMANDED
JOANN BUCKO v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.,
                    Plaintiff.

JAMIE COOK v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.,
                    Plaintiff,

SYLVIA GREER v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.,
                    Plaintiff,
DELLRINA STOUT v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.,
                    Plaintiff,

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of Erin A. Novak on behalf of Plaintiffs Melissa Allen, Joann Bucko, Jamie Cook, Sylvia Greer and Dellrina Stout in the above-captioned matter.

Respectfully submitted,

Date: July 31, 2013	BY:	*/s/ Erin A. Novak*
					ERIN A. NOVAK
					**FRANCIS & MAILMAN, P.C.**
					Land Title Building, 19th Floor
					100 South Broad Street
					Philadelphia, PA 19110
					(215) 735-8600
					enovak@consumerlawfirm.com

					*Attorneys for Plaintiffs and the Classes*

## **CERTIFICATE OF SERVICE**

I, Erin A. Novak, Esq., hereby certify that on July 31, 2013 I filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send a copy to registered users including all counsel of record.

July 31, 2013                                         */s/ Erin A. Novak*
                                                            ERIN A. NOVAK
                                                            **FRANCIS & MAILMAN, P.C.**
                                                            Land Title Building, 19th Floor
                                                            100 South Broad Street
                                                            Philadelphia, PA  19110
                                                            (215) 735-8600
                                                            enovak@consumerlawfirm.com