UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In Re: TRS Recovery Services, Inc. and TeleCheck Services, Inc., Fair Debt Collection Practices Act (FDCPA) Litigation | Civil Action No. 2:13-MD02426-DBH<br><br>This document applies only to:<br>ALL CASES |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to Rule 83.2(a) of the Local Rules of the United States District Court for the District of Maine, Kate R. Isley of the law firm of Pierce Atwood LLP hereby appears as counsel for the Defendants, TRS Recovery Services, Inc. and Telecheck Services, Inc., in the above-captioned action and requests that copies of all documents, papers, and pleadings in this case be served upon the undersigned at the address indicated below.

Dated: July 31, 2013

        Respectfully submitted,

        /s/ Kate R. Isley, Esq.
        Kate R. Isley, Esq. (BBO No. 666371)
        PIERCE ATWOOD LLP
        100 Summer Street, Suite 2250
        Boston, Massachusetts 02110
        kisley@pierceatwood.com
        (T): 1-617-488-8138
        (F): 1-617-824-2020

## **CERTIFICATE OF SERVICE**

   I, Kate R. Isley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants.

                  /s/ Kate R. Isley, Esq.
                  *Kate R. Isley, Esq.*

{W3800143.1}