UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

-------------------------------------------------------X

**TRS RECOVERY SERVICES, INC., and TELECHECK SERVICES, INC., Fair Debt Collections Practices Act (FDCPA) Litigation**

**MDL 2426**
**Master File Civ. No. 2:13-md-2426-DBH**

-------------------------------------------------------X

*This Document Relates To:*

ALL CASES

## JOINT MOTION TO EXTEND DEADLINE

On February 27, 2015, the Court granted the parties' motion to extend deadline and set the current deadline of March 25, 2015 for the parties to file a motion for preliminary approval of a settlement. The parties have worked diligently over the last few weeks to reach a final settlement and have made a great deal of progress. Only a few issues remain. The parties have requested a telephone conference with the Court to discuss the settlement status. The parties request that the Court extend the deadline until a telephone conference is held.

Respectfully Submitted,

| | |
|---|---|
| **LEWIS SAUL & ASSOCIATES, P.C.** | **PIERCE ATWOOD, LLP** |
| */s/ Jon Hinck* | */s/ Donald R. Frederico* |
| LEWIS J. SAUL | DONALD R. FREDERICO |
| JON HINCK | KATE R. ISLEY |
| KEVIN M. FITZGERALD | 100 Summer Street, Suite 2250 |
| 183 Middle Street, Suite 200 | Boston, MA 02110 |
| Portland, ME 04101 | dfrederico@pierceatwood.com |
| (207) 874-7407 | kisley@pierceatwood.com |
| lsaul@lewissaul.com | |
| jhinck@lewissaul.com | LUCUS A. RITCHIE |
| kfitzgerald@lewissaul.com | **PIERCE ATWOOD, LLP** |
| | Merrill's Wharf |
| JAMES A. FRANCIS | 254 Commercial Street |
| JOHN SOUMILAS | Portland, ME 04101 |
| **FRANCIS & MAILMAN, P.C.** | lritchie@pierceatwood.com |
| Land Title Building, 19th Floor | |
| 100 South Broad Street | *Attorneys for Defendants* |

{W3923379.1}

Philadelphia, PA 19110
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*TRS Recovery Services, Inc., and
TeleCheck Services, Inc.*

Dated:   March 24, 2015