UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In re:  TRS Recovery Services, Inc.          )
and Telecheck Services, Inc., Fair Debt      )
Collection Practices Act (FDCPA)             )          No. 2:13-md-2426-DBH
Litigation                                   )

REPORT OF HEARING AND ORDER
RE:  SCHEDULING

Held in Portland by telephone on April 2, 2015, at 9:00 a.m.

Presiding:         John H. Rich III, United States Magistrate Judge

Appearances:       For the Plaintiff:  Jon Hinck, Esq.
                                       David Searles, Esq.

                   For the Defendant:  Donald Frederico, Esq.
                                       Lucus Ritchie, Esq.

The telephone conference was held at the request of the parties to discuss the status of this action and the parties' efforts to reach a final settlement.  Counsel reported that, while acknowledging the unusual number of extensions that have been sought to date, they are confident that they will be able to file a motion for preliminary approval of a settlement, together with all ancillary documents, within the next two weeks.  Accordingly, on oral motion, I _**GRANTED**_ the parties' further request for an extension of their deadline to file a motion for preliminary approval of settlement to April 16, 2015.

_**SO ORDERED**_.

1

## CERTIFICATE

A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B. In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof. Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.

Dated this 3rd day of April, 2015.

                                            /s/ John H. Rich III
                                            John H. Rich III
                                            United States Magistrate Judge