UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

------------------------------------------------------X
**TRS RECOVERY SERVICES, INC., and**            MDL 2426
**TELECHECK SERVICES, INC., Fair**              Master File Civ. No. 2:13-md-2426-DBH
**Debt Collections Practices Act (FDCPA)**
**Litigation**
------------------------------------------------------X

*This Document Relates To:*

ALL CASES

## PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

Pursuant to Local Rule 7(e), Plaintiffs' submit this consented-to motion for leave to file an over-length brief in support of their motion for preliminary approval of settlement. Under the Court's Order of April 3, 2015, Plaintiff's motion is due by April 16, 2015. The motion and incorporated memorandum will set forth with some specificity the nature of the settlement agreement reached by the parties to this class action litigation and discuss applicable law. To adequately address the issues and provide the Court with sufficient information and legal analysis for preliminary approval Plaintiffs require more pages than the Local Rule allow. Plaintiffs therefore seek leave to file a motion with an incorporated memorandum of law not to exceed 20 pages. Defendants were consulted and have consented to this request to file the over-length brief.

Respectfully Submitted,

**LEWIS SAUL & ASSOCIATES, P.C.**

*/s/ Jon Hinck*
LEWIS J. SAUL
JON HINCK
KEVIN M. FITZGERALD
183 Middle Street, Suite 200
Portland, ME 04101
(207) 874-7407

{W3923379.1}

lsaul@lewissaul.com
jhinck@lewissaul.com
kfitzgerald@lewissaul.com

JAMES A. FRANCIS
JOHN SOUMILAS
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

*Attorneys for Plaintiffs and the Classes*

Dated:   April 9, 2015