UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

-------------------------------------------------------X
**TRS RECOVERY SERVICES, INC., and
TELECHECK SERVICES, INC., Fair
Debt Collections Practices Act (FDCPA)
Litigation**
---------------------------------------------------------X

MDL 2426
Master File Civ. No. 2:13-md-2426-DBH

CLASS ACTION

*This Document Relates To:*

JEAN LaROCQUE, ex rel. DEIDRE J. SPANG
v. TRS RECOVERY SERVICES, INC. and
TELECHECK SERVICES, INC.
Civ. No. 11-00091-DBH

MELISSA ALLEN v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.
Civ. No. 2:11-cv-00091-DBH

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT AND NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(c), Plaintiffs Jean LaRocque and Melissa Allen respectfully move this Honorable Court for an Order (1) preliminarily approving the terms of an Agreement of Compromise and Settlement with Defendants TRS Recovery Services, Inc. and TeleCheck Services, Inc. ("Settlement Agreement") as within the range of fair, adequate and reasonable; (2) provisionally certifying two settlement classes and one settlement subclass ("Settlement Classes") for settlement purposes only; (3) approving the notice program and finding that the form and content of the notices of settlement satisfy due process; (4) approving the procedures for members of Settlement Classes to exclude themselves or to object to the settlement; (5) designating counsel for the Settlement Classes; (6) preliminarily enjoining all members of the Settlement Classes, unless and until they have timely and properly excluded themselves from the Settlement Classes, from participating as plaintiffs or class members in any other lawsuits based on, relating to, or

arising out of any of the claims asserted in this case; and, (7) scheduling a hearing date for final approval of the Settlement Agreement.

In support thereof, Plaintiffs rely upon and incorporate by reference the attached Memorandum of Law and Appendix I, including exhibits.

Defendants do not contest the requested relief.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Date:  April 16, 2015         BY:         /s/ James A. Francis
                                          JAMES A. FRANCIS (*pro hac vice*)
                                          JOHN SOUMILAS (*pro hac vice*)
                                          Land Title Building, 19th Floor
                                          100 South Broad Street
                                          Philadelphia, PA  19110
                                          (215) 735-8600
                                          jfrancis@consumerlawfirm.com
                                          jsoumilas@consumerlawfirm.com

                                          **LEWIS SAUL & ASSOCIATES, P.C.**
                                          LEWIS J. SAUL
                                          JON HINCK
                                          KEVIN M. FITZGERALD
                                          183 Middle Street, Suite 200
                                          Portland, ME  04101
                                          (207) 874-7407
                                          lsaul@lewissaul.com
                                          jhinck@lewissaul.com
                                          kfitzgerald@lewissaul.com

                                          *Attorneys for Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 16th day of April, 2015, I caused a true and correct copy of the foregoing Plaintiffs' Uncontested Motion For Preliminary Approval Of Class Action Settlement And Notice To Class to be served by ECF notification upon the following counsel of record:

Lucus A. Ritchie, Esq.
PIERCE ATWOOD, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
lritchie@piercceatwood.com

Donald R. Frederico, Esq.
Kate R. Isley, Esq.
PIERCE ATWOOD, LLP
100 Summer Street, Suite 2250
Boston, MA 02110
dfrederico@pierceatwood.com
kisley@pierceatwood.com

*Attorneys for Defendants*
*TRS Recovery Services, Inc. and TeleCheck Services, Inc.*

*/s/ James A. Francis*
James A. Francis