UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: TRS RECOVERY SERVICES, INC. AND TELECHECK SERVICES, INC., FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) LITIGATION | ) ) ) ) ) | CIVIL DOCKET NO. 2:13-MD-2426-DBH |

## PROCEDURAL ORDER

I have one new question in light of the parties' response to my July 9, 2015 Procedural Order. The parties have added a specific reference to the "RECR3" collection letter in the Long-Form Notice because, they say, "TRS uses more than one type of collection letter, and the settlement pertains only to its RECR3 letter." Parties' Response to Procedural Order of July 9, 2015 at 1 (ECF No. 113). But how will potential class members know whether the letter they received was the RECR3 letter or another collection letter? The Long-Form Notice does not appear to explain how to identify the RECR3 letter. Some addition to the Long-Form Notice may be necessary, such as a heading: "How do I know if I received a RECR3 collection letter?" along with an answer to that question.

I direct that the response to this Order—and if appropriate, revised Notice(s)—be filed by Tuesday, July 28, 2015.

SO ORDERED.

DATED THIS 23RD DAY OF JULY, 2015

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE