IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

---------------------------------------------------------X
**TRS RECOVERY SERVICES, INC., and**                    MDL No. 2426
**TELECHECK SERVICES, INC., Fair**                      Master File Civ. No. 2:13-md-2426-DBH
**Debt Collections Practices Act (FDCPA)**
**Litigation**                                          CLASS ACTION
---------------------------------------------------------X
This Document Relates To:

JEAN LaROCQUE, ex rel. DEIDRE J. SPANG
v. TRS RECOVERY SERVICES, INC. and
TELECHECK SERVICES, INC.
Civ. No. 2:11-cv-00091-DBH

MELISSA ALLEN v. TRS RECOVERY
SERVICES, INC. and TELECHECK
SERVICES, INC.
Civ. No. 2:11-cv-00091-DBH

## DECLARATION OF JON HINCK IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTION OF PATRICK S. SWEENEY TO PROPOSED SETTLEMENT

I, JON HINCK, declare as follows:

1. Attached as Exhibit A is a true and correct copy of the Objection of Patrick S. Sweeney to Proposed Settlement *in In re Polyurethane Foam Antitrust Litig.*, MDL No. 2196, Civ. No. 1:10 MD 2196 (N.D.Oh. Nov. 17, 2015).

I declare under the penalty of perjury that the foregoing is true and correct.


Signed on this 14th day of January, 2016.


                                                /s/ Jon Hinck
                                                JON HINCK

/

/

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I caused a true and correct copy of the foregoing Declaration of Jon Hinck in Support of Plaintiffs' Response to Objection of Patrick S. Sweeney Proposed Settlement to be filed with the Clerk of the United States District Court for the District of Maine using the CM/ECF system, which will send electronic notification to all registered counsel of record including:

Lucus A. Ritchie, Esq.
PIERCE ATWOOD, LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
lritchie@piercceatwood.com

Donald R. Frederico, Esq.
Kate R. Isley, Esq.
PIERCE ATWOOD, LLP
100 Summer Street, Suite 2250
Boston, MA 02110
dfrederico@pierceatwood.com
kisley@pierceatwood.com

I further certify that on January 14, 2016, I caused a true and correct copy of the foregoing Declaration of Jon Hinck in Support of Plaintiffs' Response to Objection of Patrick S. Sweeney Proposed Settlement to be served via the United States Postal Service on the following non-registered users:

Patrick S. Sweeney
2590 Richardson Street
Madison, WI 53711

Date:  January 14, 2016          */s/ Jon Hinck*
                                  JON HINCK