UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: TRS RECOVERY SERVICES, INC. AND TELECHECK SERVICES, INC., FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) LITIGATION | ) ) ) ) ) | CIVIL DOCKET NO. 2:13-MD-2426-DBH |

**ORDER GRANTING MOTION FOR AN AWARD OF ATTORNEYS' FEES**

**WHEREAS,**

A. Class Counsel, on behalf of the plaintiffs, has filed a Motion for an Award of Attorneys' Fees;

B. Notice has been provided to the Class Members in accordance with the Order Directing Notice to Class issued July 30, 2015;

C. The Notice disseminated to Class Members disclosed the awards that Class Counsel would seek from the Settlement Funds;

D. The Court held a Final Approval Hearing on January 21, 2016 in the United States Courthouse for the District of Maine;

E. The Court has determined that the proposed settlement is fair, reasonable, and adequate and should be approved by the Court; and

F. The Court, having considered all matters submitted to it at the Fairness Hearing, along with all prior submissions by the parties to the Settlement and others, the relevant law and record in this case, has determined the fairness and reasonableness of the Motion for an Award of Attorneys' Fees;

**IT IS HEREBY ORDERED**:

The Court **GRANTS** the Motion for an Award of Attorneys' Fees as follows:

1. One Million Fifty Thousand Dollars ($1,050,000) in attorney fees, including all expenses and disbursements of Class Counsel. To the extent that the expenses of claims administration payable to the Settlement Administrator exceed the invoice presented to the Court at the Fairness Hearing, such expenses shall be billed directly to Class Counsel, and Class Counsel shall be responsible for paying any such expenses directly. In no instance shall the settlement funds apportioned for Class members be used to satisfy any expenses from the Settlement Administrator that exceed those set forth in the invoice submitted to the Court at the Fairness Hearing.

2. Payment of the attorney fees shall be delayed and made only after the Settlement Administrator issues payment to Class members.

All sums awarded are to be paid out of the Settlement Funds.

**SO ORDERED.**

**DATED THIS 11TH DAY OF FEBRUARY, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**