UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE: TRS RECOVERY SERVICES, INC. ) <br> AND TELECHECK SERVICES, INC., FAIR ) <br> DEBT COLLECTION PRACTICES ACT ) <br> (FDCPA) LITIGATION ) <br> ) | CIVIL DOCKET NO. <br> 2:13-MD-2426-DBH |

**FURTHER PROCEDURAL ORDER**

I accept the plaintiffs' lawyers' explanation of the payment of attorney fees in their Response (ECF No. 142) to my earlier Procedural Order (ECF No. 141). As they describe what happened, the time of payment does comply with this Court's previous Orders, although it would have been preferable for counsel to report the event to the Court without waiting for the Court's inquiry about compliance.

The Clerk's Office shall set a hearing on the cy pres distribution. Counsel would be well advised to request a transcript of what they said to the Court on this subject toward the end of the final fairness hearing on January 21, 2016, statements that were the basis for the Decision and Order on February 10, 2016, approving the settlement agreement. Counsel should also consult the Declaration they filed on September 29, 2016, reflecting that at that time the cy pres payments were "[p]ending approval by the Court." (ECF No. 139, ¶ 7).

SO ORDERED.

DATED THIS 30TH DAY OF MARCH, 2017

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**