# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| IN RE: **TRS RECOVERY SERVICES, INC.** AND **TELECHECK SERVICES, INC.**, FAIR DEBT COLLECTION PRACTICES ACT **(FDCPA)** LITIGATION | CIVIL DOCKET NO. 2:13-MD-2426-DBH |

## FINAL PROCEDURAL ORDER

As a result of the Joint Submission Regarding Cy Pres Distribution Amounts filed on May 18, 2017, I am now satisfied that the cy pres distribution as proposed and implemented was appropriate, including the treatment of the recent Postal Service refund. I am pleased to see the amount and percentage of checks cashed by class members. I now consider this class action fully closed.

**SO ORDERED.**

**DATED THIS 25TH DAY OF MAY, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**